IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DONALD ESTUARDO BRAVO CABRERA, | * |
| Petitioner, | * |
| v. | Case No. 7:25-CV-198 (LAG) |
| | * |
| WARDEN IRWIN COUNTY DETENTION CENTER, et al., | * |
| Respondents. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 30, 2025 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Petitioner in to the extent that the Court orders Respondents to provide Petitioner with a bond hearing within **SEVEN (7) DAYS** to determine if Petitioner may be released on bond under § 1226(a)(2) and the applicable regulations. *See* 8 C.F.R. §§ 236.1 & 1236.1.

This 7th day of January, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk